1    *Counsel listed on next page*

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11    KAVELLE JOHNSON,               No. 2:14-cv-04352-MWF-(JEMx)

12            Plaintiff,           **ORDER ON STIPULATED PROTECTIVE ORDER**

13       vs.

14    RITE AID CORPORATION,       Judge:     Hon. Michael W. Fitzgerald

15           Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 85114564.1

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
mike@righettilaw.com

Attorney for Plaintiff
Chris Romero

JEFFREY D. WOHL (Cal. State Bar No. 096838)
GINA GUARIENTI COOK (Cal. State Bar No. 245611)
JULLIE Z. LAL (Cal. State Bar No. 279067)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100
jeffwohl@paulhastings.com
ginacook@paulhastings.com
jullielal@paulhastings.com
justinscott@paulhastings.com

KATHRYN C. WANNER (Cal. State Bar No. 269310)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
kathrynwanner@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. CAL., No. 2:14-cv-04352-MWF-(JEMx)

LEGAL_US_W # 85114564.1

1    Pursuant to Stipulation, it is so Ordered that the Parties are bound by the

2  Stipulated Protective Order.

3

4    Dated:  March 10, 2016.

5                                                    John E. McDermott
                                                 United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

ORDER ON STIPULATED
PROTECTIVE ORDER
U.S.D.C., C.D. CAL., NO. 2:14-cv-04352-MWF-(JEMx)