| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| 2 | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
|   | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| 3 | RIGHETTI·GLUGOSKI, P.C. |
|   | 456 Montgomery Street, Suite 1400 |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 983-0900 |
| 5 | Facsimile: (415) 397-9005 |

JS-6

Attorneys for Plaintiff
Kervelle Johnson

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVELLE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-CV-04352-MWF-(JEMX)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: July 10, 2013<br>Trial Date: June 26, 2018 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: March 15, 2018.

_____
Hon. Michael W. Fitzgerald
United States District Judge